1  **ROBERT A. CASSIO   SBN: 170197**
   **Law Office of Robert A. Cassio**
2  **2300 Tulare St., Ste. 230**
   **Fresno, California   93721**
3  **Telephone:    (559) 498-6310**
   **Facsimile:    (559) 498-8580**
4  **Email:         vencero@sbcglobal.net**

5  **Attorney for Defendant MONICA FERNANDEZ**

7  **IN THE UNITED STATES DISTRICT COURT**

8  **FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO.    1:1-CR-00217 DLB |
| Plaintiff, | ) STIPULATION AND ORDER TO |
| | ) CONTINUE HEARING |
| v. | ) |
| MONICA FERNANDEZ, | ) |
| | ) Date:  August 25, 2011 |
| Defendant. | ) Time:  10:00 a.m. |
| | ) Dept:  9 |
| | ) Honorable Judge Dennis Beck |

   The parties hereto, by and through their respective attorneys, stipulate and agree that the arraignment and plea hearing currently set for August 11, 2011, at 10:00 a.m., be continued to August 25, 2011, at 10:00 a.m.

   Counsel for Defendant is requesting additional time to further investigate the government's offer, and to also meet and discuss it with the Defendant.

   Counsel also has pre-scheduled medical appointments scheduled for August 11, 2011.

//
//
//
//
//
//

1  The parties also agree that any delay resulting from this continuance shall be excluded in the
2  interest of justice pursuant to 18 U.S.C. §§ 3161(h)(1)(G) and (h)(7)(A), and (v).

3

4  Dated: August 3, 2011                                /s/
                                                ROBERT A. CASSIO
5                                               Attorney for Defendant
                                                MONICA FERNANDEZ
6

7  Dated: August 3, 2011                                /s/
                                                JARED RENFRO
8                                               Special Assistant United States Attorney
                                                **This was agreed to by Mr. Renfro**
9                                               **via email on August 3, 2011**

10

11

12       IT IS SO ORDERED.

13       Arraignment and plea for defendant Monica Fernandez hearing currently set for August 11,
14  2011, at 10:00 a.m., is continued to August 25, 2011, at 10:00 a.m. before Judge Beck in Courtroom
15  9.

16
    Dated:   August 3, 2011              /s/ Sandra M. Snyder
17                                       UNITED STATES MAGISTRATE JUDGE

18

19

20

21

22

23

24

25

26

27

28